Richard E. Morton (Bar No. 54188)
HAIGHT BROWN & BONESTEEL LLP
5 Hutton Centre Drive, Suite 900
Santa Ana, California 92707
Telephone: 714.754.1100
Facsimile: 714.754.0826

Attorneys for Defendant STUART M. LEVIN, Trustee of the STUART M. LEVIN REVOCABLE TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES; HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LEVIN COMMERCIAL FACILITY; STUART M. LEVIN, Trustee of the STUART M. LEVIN REVOCABLE TRUST,<br><br>Defendants. | Case No. CV 07 6498 WHA<br><br>**ANSWER TO COMPLAINT**<br><br>Complaint Filed: December 28, 2007 |

   **COMES NOW**, Defendant STUART M. LEVIN, Trustee of the STUART M. LEVIN REVOCABLE TRUST, and in responding to Plaintiffs' Complaint herein, admits, denies and alleges as follows:

   1.   In response to Paragraph 1, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, denies the allegations contained therein.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

11000-0001117
3347212.1

1
Case No. CV 07 6498 WHA
ANSWER TO COMPLAINT

2. In response to Paragraph 2, this responding Defendant denies the allegations contained within this paragraph.

3. In response to Paragraph 3, this responding Defendant admits the allegations contained within this paragraph.

4. In response to Paragraph 4, this responding Defendant admits the allegations contained within this paragraph.

5. In response to Paragraph 5, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, denies the allegations contained therein.

6. In response to Paragraph 6, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, denies the allegations contained therein.

7. In response to Paragraph 7, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, denies the allegations contained therein.

8. In response to Paragraph 8, this responding Defendant admits only that it has a 50 percent undivided interest in said property.

9. In response to Paragraph 9, this responding Defendant admits to an ownership as to an undivided 50 percent interest in said property only. In all other respects, this responding Defendant admits the allegations contained within this paragraph.

10. In response to Paragraph 10, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, denies the allegations contained therein.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

11000-0001117
3347212.1

2
Case No. CV 07 6498 WHA
ANSWER TO COMPLAINT

11.   In response to Paragraph 11, this responding Defendant admits those allegations contained within lines 12 through 18. This responding Defendant denies the allegations contained at line 18 beginning with the word "on" through the balance of that paragraph.

12.   In response to Paragraph 12, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, denies the allegations contained therein.

13.   In response to Paragraph 13, this responding Defendant denies the allegations contained within this paragraph.

14.   In response to Paragraph 14, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, denies the allegations contained therein.

15.   In response to Paragraph 15, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, denies the allegations contained therein.

16.   In response to Paragraph 16, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, denies the allegations contained therein.

17.   In response to Paragraph 17, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, denies the allegations contained therein.

18.   In response to Paragraph 18, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within this

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

11000-0001117
3347212.1

3
Case No. CV 07 6498 WHA
ANSWER TO COMPLAINT

paragraph, and based upon said lack of information and belief, denies the allegations contained therein.

19. In response to Paragraph 19, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, denies the allegations contained therein.

20. In response to Paragraph 20, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, denies the allegations contained therein.

21. In response to Paragraph 21, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, denies the allegations contained therein.

22. In response to Paragraph 22, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, denies the allegations contained therein.

23. In response to Paragraph 23, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, denies the allegations contained therein.

24. In response to Paragraph 24, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, denies the allegations contained therein.

25. In response to Paragraph 25, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within this

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

11000-0001117
3347212.1

4
Case No. CV 07 6498 WHA
ANSWER TO COMPLAINT

1  paragraph, and based upon said lack of information and belief, denies the allegations
2  contained therein.

3      26.    In response to Paragraph 26, this responding Defendant lacks sufficient
4  information and belief to either admit or deny the allegations contained within this
5  paragraph, and based upon said lack of information and belief, denies the allegations
6  contained therein.

7      27.    In response to Paragraph 27, this responding Defendant lacks sufficient
8  information and belief to either admit or deny the allegations contained within this
9  paragraph, and based upon said lack of information and belief, denies the allegations
10  contained therein.

11      28.    In response to Paragraph 28, this responding Defendant lacks sufficient
12  information and belief to either admit or deny the allegations contained within this
13  paragraph, and based upon said lack of information and belief, denies the allegations
14  contained therein.

15      29.    In response to Paragraph 29, this responding Defendant lacks sufficient
16  information and belief to either admit or deny the allegations contained within this
17  paragraph, and based upon said lack of information and belief, denies the allegations
18  contained therein.

19      30.    In response to Paragraph 30, this responding Defendant lacks sufficient
20  information and belief to either admit or deny the allegations contained within this
21  paragraph, and based upon said lack of information and belief, denies the allegations
22  contained therein.

23      31.    In response to Paragraph 31, this responding Defendant denies the
24  allegations contained within this paragraph.

25      32.    In response to Paragraph 32, this responding Defendant denies the
26  allegations contained within this paragraph.

27      33.    In response to Paragraph 33, this responding Defendant denies the
28  allegations contained within this paragraph.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

11000-0001117
3347212.1

5
Case No. CV 07 6498 WHA
ANSWER TO COMPLAINT

1  34. In response to Paragraph 34, this responding Defendant denies the allegations contained within this paragraph.

2  35. In response to Paragraph 35, this responding Defendant denies the allegations contained within this paragraph.

3  36. In response to Paragraph 36, this responding Defendant denies the allegations contained within this paragraph.

4  37. In response to Paragraph 37, this responding Defendant denies the allegations contained within this paragraph.

5  38. In response to Paragraph 38, this responding Defendant denies the allegations contained within this paragraph.

6  39. In response to Paragraph 39, this responding Defendant denies the allegations contained within this paragraph.

7  40. In response to Paragraph 40, this responding Defendant denies the allegations contained within this paragraph.

8  41. In response to Paragraph 41, this responding Defendant denies the allegations contained within this paragraph.

9  42. In response to Paragraph 42, this responding Defendant denies the allegations contained within this paragraph.

10 43. In response to Paragraph 43, this responding Defendant denies the allegations contained within this paragraph.

11 44. In response to Paragraph 44, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, denies the allegations contained therein.

12 45. In response to Paragraph 45, this responding Defendant repleads and incorporates by reference, as if fully set forth again herein, the responses contained in Paragraphs 1 through 44 of this answer.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

11000-0001117
3347212.1

6
Case No. CV 07 6498 WHA
ANSWER TO COMPLAINT

46. In response to Paragraph 46, this responding Defendant admits the allegations contained within this paragraph.

47. In response to Paragraph 47, this responding Defendant admits the allegations contained within this paragraph.

48. In response to Paragraph 48, this responding Defendant admits the allegations contained within this paragraph.

49. In response to Paragraph 49, this responding Defendant admits the allegations contained within this paragraph.

50. In response to Paragraph 50, this responding Defendant admits that there are specific prohibitions against discrimination set forth in § 302(b)(2)(a) and 42 U.S.C. § 12182(b)(2)(a). In all other respects, this responding Defendant denies allegations contained within said paragraph.

51. In response to Paragraph 51, this responding Defendant denies the allegations contained within this paragraph.

52. In response to Paragraph 52, this responding Defendant denies the allegations contained within this paragraph.

53. In response to Paragraph 53, this responding Defendant denies the allegations contained within this paragraph.

54. In response to Paragraph 54, this responding Defendant denies the allegations contained within this paragraph.

55. In response to Paragraph 55, this responding Defendant denies the allegations contained within this paragraph.

56. In response to Paragraph 56, this responding Defendant denies the allegations contained within this paragraph.

57. In response to Paragraph 57, this responding Defendant repleads and incorporates by reference, as if fully set forth again herein, the responses contained in Paragraphs 1 through 56 of this answer.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

11000-0001117
3347212.1

7
Case No. CV 07 6498 WHA
ANSWER TO COMPLAINT

58. In response to Paragraph 58, this responding Defendant admits the allegations contained within this paragraph.

59. In response to Paragraph 59, this responding Defendant admits the allegations contained within this paragraph.

60. In response to Paragraph 60, this responding Defendant admits the allegations contained within this paragraph.

61. In response to Paragraph 61, this responding Defendant denies the allegations contained within this paragraph.

62. In response to Paragraph 62, this responding Defendant denies the allegations contained within this paragraph.

63. In response to Paragraph 63, this responding Defendant denies the allegations contained within this paragraph.

64. In response to Paragraph 64, this responding Defendant denies the allegations contained within this paragraph.

65. In response to Paragraph 65, this responding Defendant denies the allegations contained within this paragraph.

66. In response to Paragraph 66, this responding Defendant denies the allegations contained within this paragraph.

67. In response to Paragraph 67, this responding Defendant repleads and incorporates by reference, as if fully set forth again herein, the responses contained in Paragraphs 1 through 66 of this answer.

68. In response to Paragraph 68, this responding Defendant admits the allegations contained within this paragraph.

69. In response to Paragraph 69, this responding Defendant denies the allegations contained within this paragraph.

70. In response to Paragraph 70, this responding Defendant denies the allegations contained within this paragraph.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

11000-0001117
3347212.1

8
Case No. CV 07 6498 WHA
ANSWER TO COMPLAINT

71. In response to Paragraph 71, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, denies the allegations contained therein.

72. In response to Paragraph 72, this responding Defendant denies the allegations contained within this paragraph.

73. In response to Paragraph 73, this responding Defendant denies the allegations contained within this paragraph.

74. In response to Paragraph 74, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within this paragraph, and based upon said lack of information and belief, denies the allegations contained therein.

75. In response to Paragraph 75, this responding Defendant repleads and incorporates by reference, as if fully set forth again herein, the responses contained in Paragraphs 1 through 74 of this answer.

76. In responding to Paragraph 76, this responding Defendant lacks sufficient information and belief to either admit or deny the allegations contained within lines 1 through 3 of that paragraph and, based upon such lack of information and belief, denies those allegations. This responding Defendant admits that § 51 of the Civil code provides as alleged in said paragraph. This responding party denies the allegations contained within said paragraph commencing at line 19 through line 24.

77. In response to Paragraph 77, this responding Defendant denies the allegations contained within this paragraph.

78. In response to Paragraph 78, this responding Defendant denies the allegations contained within this paragraph.

79. In response to Paragraph 79, this responding Defendant denies the allegations contained within this paragraph.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

11000-0001117
3347212.1

9
Case No. CV 07 6498 WHA
ANSWER TO COMPLAINT

80. In response to Paragraph 80, this responding Defendant denies the allegations contained within this paragraph.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

81. Plaintiffs' Complaint fails to state a claim against Defendant upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

82. The Complaint on file herein, and each purported claim for relief stated therein, is barred by the applicable statutes of limitation of the State of California, including but not limited to California *Code of Civil Procedure* Sections 338 and 340, and California Business and Professions Code Section 17208.

### THIRD AFFIRMATIVE DEFENSE

83. Plaintiffs have failed to mitigate their damages and injuries, if any, and such failure to mitigate their proximately caused the alleged damages and injuries, if any.

### FOURTH AFFIRMATIVE DEFENSE

84. Plaintiffs, in connection with any and all of the transactions or allegations which are the subject of their Complaint on file herein, have not suffered and will not suffer any damages by reason of the alleged acts or omissions of this answering Defendant, and therefore Plaintiffs have no valid claims against this answering Defendant.

### FIFTH AFFIRMATIVE DEFENSE

85. All events, happenings, injuries, and damages referred to in Plaintiffs' Complaint on file herein, were proximately caused by the negligence and/or fault of plaintiffs and/or other firms, persons, corporations, or entities other than this answering Defendant, or over whom this answering Defendant exercised no jurisdiction or control, and for whose conduct this answering Defendant are not responsible or liable; therefore, if there is found to be any fault on the part of this answering Defendant which in any manner or degree contributed to Plaintiffs' alleged injuries and damages, if any, a finding should

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

11000-0001117
3347212.1

10
Case No. CV 07 6498 WHA
ANSWER TO COMPLAINT

be made apportioning and affixing the comparative fault of any and all such persons or parties, whether named in this action or otherwise.

### SIXTH AFFIRMATIVE DEFENSE

86. The claims for relief alleged in plaintiffs' Complaint on file herein are barred by reason of the fact that Plaintiffs, upon being fully informed of the acts and events of which they now complain, ratified and affirmed all conduct with respect to those acts and events, and therefore, Plaintiffs have waived all such claims and are estopped from asserting the same against this answering Defendant.

### SEVENTH AFFIRMATIVE DEFENSE

87. Plaintiffs are barred from recovery herein by reason of the fact that Plaintiffs voluntarily and knowingly entered into and engaged in the transactions and conduct alleged in the Complaint on file herein and voluntarily and knowingly assumed all risk relating to said transactions and conduct at the times and places mentioned in the Complaint on file herein and prior thereto.

### EIGHTH AFFIRMATIVE DEFENSE

88. Defendant alleges, upon information and belief, that any act or omission on their part made the basis of any purported claim, was excused as it would have fundamentally altered the nature of the services offered at 8 Commercial Boulevard, Novato, California.

### NINTH AFFIRMATIVE DEFENSE

89. Defendant alleges, upon information and belief, that any act or omission on their part made the basis of any purported claim, was excused as the removal of the barriers described herein, if any, was not readily achievable.

### TENTH AFFIRMATIVE DEFENSE

90. Defendant alleges, upon information and belief, that any act or omission on their part made a basis of any purported claim, was excused as a result of structural impracticability.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

11000-0001117
3347212.1

11
Case No. CV 07 6498 WHA
ANSWER TO COMPLAINT

### ELEVENTH AFFIRMATIVE DEFENSE

91. Defendant alleges, on information and belief, that some or all of Plaintiffs' claims may be barred, in whole or in part, by the doctrines of *laches,* waiver, estoppel, unclean hands, or other equitable doctrines.

### TWELFTH AFFIRMATIVE DEFENSE

92. Plaintiffs are barred from recovery by reason that, at all times indicated in the Complaint on file herein, this answering Defendant provided reasonable accommodations to handicapped individuals and exercised due diligence in their acts and activities.

### THIRTEENTH AFFIRMATIVE DEFENSE

93. Defendant alleges, upon information and belief, that given the work requested by Plaintiffs, Defendant's conduct was excused as a result of the undue burden of constructing the requested work at 8 Commercial Boulevard, Novato, California.

### FOURTEENTH AFFIRMATIVE DEFENSE

94. Defendant alleges, upon information and belief, that the Complaint on file herein is improperly pled, in that it is more properly brought as a class action lawsuit, not as an individual action.

### FIFTEENTH AFFIRMATIVE DEFENSE

95. Defendant alleges, upon information and belief, that Plaintiffs are not the proper representatives to represent the interests of the general public or those of the disabled public.

### SIXTEENTH AFFIRMATIVE DEFENSE

96. Plaintiffs are barred from recovery by reason of the fact that they improperly seek monetary damages and are seeking fluid fund recovery in violation of the law.

### SEVENTEENTH AFFIRMATIVE DEFENSE

97. Plaintiffs are barred from recovery of attorneys' fees as they are not a proper form of relief in this action as Plaintiffs are not acting in the interests of, or on behalf of, any public interest group.

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Orange County

11000-0001117
3347212.1

12

Case No. CV 07 6498 WHA
ANSWER TO COMPLAINT

**WHEREFORE**, Defendant requests that the Court enter a judgment:

a) Dismissing Plaintiffs' Complaint against Defendant with prejudice;

b) Declaring that Defendant has no obligation to perform additional work at 8 Commercial Boulevard, Novato, California.;

c) Awarding Defendant his attorneys' fees, costs and disbursements; and awarding such other and further relief to Defendant as the Court deems just, equitable and proper.

## DEMAND FOR JURY TRIAL

This responding party demands trial by jury.

Dated: February 7, 2008

HAIGHT BROWN & BONESTEEL LLP

By: _____
Richard E. Morton
Attorneys for Defendant
STUART M. LEVIN, Trustee of the
STUART M. LEVIN REVOCABLE
TRUST

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

11000-0001117
3347212.1

13
Case No. CV 07 6498 WHA
ANSWER TO COMPLAINT

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE
Yates v. Levin / USDC Case No. 07 6498 WHA

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Hutton Centre Drive, Suite 900, Santa Ana, California 92707.

On **February 8, 2008**, I served the foregoing document described as: **ANSWER TO COMPLAINT** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Thomas E. Frankovich, Esq. | Attorney for Plaintiffs |
| Julia M. Adams, Esq. | P: 415.674.8600 |
| 2806 Van Ness Avenue | F: 415.674.9900 |
| San Francisco, CA 94109 | E: mmartinez@disabilitieslaw.com |

[√] **(By Mail)** I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

[ ] **(By Personal Service)** I delivered such envelope by hand to the offices of the addressee(s).

[ ] **(By Overnite Express)** I deposited in a box or other facility regularly maintained by Overnite Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

[ ] **(By Facsimile Transmission)** In addition to service by mail, as set forth above, the counsel or interested party authorized to accept service was also forwarded a copy of said document(s) by facsimile transmission at the facsimile number corresponding with his/her name. The facsimile machine I used complied with CRC Rule 2003(3) and no error was reported by the machine. Pursuant to CRC Rule 2005(i), I caused the machine to print a transmission record of the transmission, which will be provided upon request.

Executed on **February 8, 2008**, at Santa Ana, California. I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

_Lori Totri_
Lori Totri

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

11000-0001117
3346110.1

Proof of Service