1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:  415/674-8600
4  Facsimile:  415/674-9900

5  Attorneys for Plaintiffs CRAIG YATES
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　Plaintiffs,<br><br>v.<br><br>LEVIN COMMERCIAL FACILITY; STUART M. LEVIN, trustee of the STUART M. LEVIN REVOCABLE TRUST,<br><br>　　Defendant. | CASE NO. CV-07-6498-WHA<br><br>**RETURN OF SERVICE RE DEFENDANT STUART M. LEVIN, trustee of the STUART M. LEVIN REVOCABLE TRUST** |

28  RETURN OF SERVICE RE DEFENDANT STUART M. LEVIN, trustee of the STUART M. LEVIN REVOCABLE TRUST

1

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No. 415-674-8600    FAX No: 415-674-9900 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>LEVIN COMMERCIAL | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: CRAIG YATES, et al. | | | | |
| Defendant: LEVIN COMMERCIAL FACILITY, et al. | | | | |
| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div | Case Number:<br>CV 07 6498 WHA |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Drop Box Filing Procedures; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Scheduling Order For Cases Asserting To Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Supplemental Order To Order Setting Initial Case Management Conference In Civil Cases Before Judge William Alsup; Ecf Registration Information Handout, Clerk's Notice Scheduling Case Management Conference.

3. a. Party served:    STUART M. LEVIN, trustee of the STUART M. LEVIN REVOCABLE TRUST

4. Address where the party was served:    565 BISCAYNE DRIVE
   SAN RAFAEL, CA 94901

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jan 25, 2008 (2) at: 1:20PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JIM RUIZ
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 186
      (iii) County: Marin

   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Fri, Feb. 01, 2008

Judicial Council Form POS-010          PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007    SUMMONS & COMPLAINT          (JIM RUIZ)    6396536.thoft-fg.110690