**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>June 12, 2008</u>

Case No.  <u>C 07-06498 WHA</u>

Title: <u>CRAIG YATES</u>  v. <u>LEVIN COMMERCIAL FACILITY</u>

Plaintiff Attorneys: Thomas Frankovich

Defense Attorneys: David Evans

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Joan Columbini</u>

**PROCEEDINGS**

1)   <u>CMC - HELD</u>

2)   _____

Complete Initial Disclosures (Rule 26): 6/27/08

Discovery Cutoff: 2/13/09

Designation of Experts: 2/13/09

Last Day to File Motion: 4/2/09


Continued to __ for Further Case Management Conference

Continued to  <u>6/8/09 at 2:00pm</u>  for Pretrial Conference

Continued to  <u>6/22/09 at 7:30am</u>  for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.