1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs CRAIG YATES
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

7

                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation, | **CASE NO. CV-07-6498-WHA** |
| Plaintiffs, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| v. | |
| LEVIN COMMERCIAL FACILITY; STUART M. LEVIN, trustee of the STUART M. LEVIN REVOCABLE TRUST, | |
| Defendant. | |

10
11
12
13
14
15
16
17
18

19        The parties, by and through their respective counsel, stipulate to dismissal of this action

20  in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the

21  Mutual Settlement Agreement and Release ("Agreement") herein, each party is to bear its own

22  costs and attorneys' fees.  The parties further consent to and request that the Court retain

23  jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511

24  U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of

25  settlement agreements).

26        Therefore, IT IS HEREBY STIPULATED by and between parties to this action

27  through their designated counsel that the above-captioned action be and hereby is dismissed

28  with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

1    This stipulation may be executed in counterparts, all of which together shall constitute

2  one original document.

3

4  Dated: September 8, 2008                THOMAS E. FRANKOVICH,
                                            *A PROFESSIONAL LAW CORPORATION*
5

6

7                                           By:_____/s/_____
                                                  Thomas E. Frankovich
                                            Attorneys for CRAIG YATES and
8                                           DISABILITY RIGHTS ENFORCEMENT,
                                            EDUCATION SERVICES:HELPING YOU
9                                           HELP OTHERS

10
    Dated: _____, 2008            HAIGHT BROWN & BONESTEEL LLP
11

12
                                            By:_____
13                                                Nairi Chakalian
                                            Attorneys for defendant STUART M. LEVIN,
14                                          trustee of the STUART M. LEVIN REVOCABLE
                                            TRUST
15

16

17

18

19
                                     **ORDER**
20
         IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
21
    Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for
22
    the purpose of enforcing the parties' Settlement Agreement and General Release should such
23
    enforcement be necessary.
24

25
    Dated: _____, 2008
26

27
                                            _____
                                            Hon. Judge William H. Alsup
28                                          UNITED STATES DISTRICT JUDGE


STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                              -2-

1    This stipulation may be executed in counterparts, all of which together shall constitute

2  one original document.

3

4  Dated: _____, 2008            THOMAS E. FRANKOVICH,
                                         *A PROFESSIONAL LAW CORPORATION*
5

6
                                         By:_____
7                                             Thomas E. Frankovich
                                         Attorneys for CRAIG YATES and
8                                        DISABILITY RIGHTS ENFORCEMENT,
                                         EDUCATION SERVICES:HELPING YOU
9                                        HELP OTHERS

10
   Dated: 9 - 4-, 2008                   HAIGHT BROWN & BONESTEEL LLP
11

12
                                         By: Nairi Chakalian
13                                           Nairi Chakalian
                                         Attorneys for defendant STUART M. LEVIN,
14                                       trustee of the STUART M. LEVIN REVOCABLE
                                         TRUST
15

16

17

18

19
                                    **ORDER**
20
        IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
21
   Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for
22
   the purpose of enforcing the parties' Settlement Agreement and General Release should such
23
   enforcement be necessary.
24

25
   Dated: _____, 2008
26

27
                                         _____
                                         Hon. Judge William H. Alsup
28                                       UNITED STATES DISTRICT JUDGE


STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                    -2-