IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>LEVIN COMMERCIAL FACILITY, STUART M. LEVIN, trustee of the STUART M. LEVIN REVOCABLE TRUST,<br><br>    Defendant.<br>_____/ | No. C 07-06498 WHA<br><br>**ORDER APPROVING SETTLEMENT SUBJECT TO STATED CONDITION** |

The parties have stipulated to the dismissal of the instant action in its entirety with prejudice pursuant to FRCP 41(a)(1). The Court hereby approves the parties stipulation of dismissal dated September 8, 2008, and dismisses the action with prejudice pursuant to FRCP 41(a)(1), with the following condition. The Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release, should such enforcement be necessary, for a **period of one year** beginning the date of the signing of this Order.

**IT IS SO ORDERED.**

Dated: September 10, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2